# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JAVIER LAMADRID**<br><br>　　　　　　　Defendant. | CR NO:  1:15-CR-063 LJO/SKO |

### APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　　　　☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | JAVIER LAMADRID | | |
| Detained at | Fresno County Jail | | |
| Detainee is: | a.) | ☒ charged in this district by: | ☒ Indictment  ☐ Information  ☐ Complaint |
| | | charging detainee with: | |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kimberly A. Sanchez |
| Printed Name & Phone No: | KIMBERLY A. SANCHEZ-559/497-4000 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated:  3/9/2015 | /s/ Barbara A. McAuliffe |
| | Honorable Barbara A. McAuliffe<br>U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | 1512955 | DOB: | 06/04/1981 |
| Facility Address: | Fresno and Van Ness Avenues | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　(signature)