HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00063 LJO-SKO |
| Plaintiff, | **APPOINTMENT ORDER** |
| vs. | |
| JAVIER LAMADRID, | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, JAVIER LAMADRID, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition. Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

Krista Hart
Law Office of Krista Hart
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
Email: kristahartesq@gmail.com

be appointed counsel for Mr. Lamadrid for Johnson matters, further proceedings in district court,

and any resulting appeal.

Dated: June 27, 2016                              Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ Charles J. Lee
                                                  CHARLES J. LEE
                                                  Assistant Federal Defender
                                                  Branch Chief, Fresno Office

I accept the appointment and ask the order to be granted.

Dated: June 27, 2016                              /s/ Krista Hart
                                                  KRISTA HART
                                                  Attorney At Law

**O R D E R**

IT IS SO ORDERED.

Dated: **June 29, 2016**                          **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE

HEATHER E. WILLIAMS, Bar #122664
Federal Defender

CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:15-cr-00063 LJO-SKO |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| JAVIER LAMADRID, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Charles J. Lee, the undersigned, hereby certify that I am over the age of eighteen years and that on June 28, 2016, I served a copy of the attached [Proposed] Appointment Order by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows

Javier Lamadrid
Fed. Reg. No. 72396-097
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 936113

I declare under penalty of perjury that the foregoing is true and correct

Dated: June 27, 2016

                  /s/ Charles J. Lee
                 CHARLES J. LEE
                 Assistant Federal Defender
                 Branch Chief, Fresno Office