# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00063-LJO-SKO-1 |
|---|---|
| Plaintiff-Respondent, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| JAVIER LAMADRID, | (ECF NO. 30) |
| Defendant-Petitioner. | |

On September 20, 2016, Petitioner Javier Lamadrid, through counsel, filed a motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). *See* ECF No. 30. Accordingly,

**IT IS HEREBY ORDERED** that from the date of Petitioner's filing, the Government shall file a response to Petitioner's Section 2255 Motion within **30 days**. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

Dated: __September 22, 2016__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE