PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00063 LJO |
| Plaintiff, | STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE A RESPONSE |
| v. | |
| JAVIER LAMADRID, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Krista Hart, attorney for the Defendant, that the government may file its response to the Defendant's Motion pursuant to Title 28, United States Code, Section 2255 despite it being late. The reason for the request is that the government missed the filing deadline by mistake. On December 29, 2016, counsel for Mr. Lamadrid contacted the government and asked about the government's position on the motion. It was then the government learned of the missed deadline. Each week, undersigned counsel searches her e-mail using "2255" to insure that she has not missed any 2255 motions that have been filed and for which ECF notices have been received. However, somehow she missed the ECF notice setting the briefing schedule in this case. The notice still does not appear with a similar

///

///

Stipulation 1

e-mail search. The government consulted with defense counsel, and she has no objection to the request to file a response on January 3, 2017.

Dated: January 4, 2017                          Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                      By   /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
                                               Assistant U.S. Attorney

Dated: January 4, 2017                          /s/ Krista Hart
                                               KRISTA HART
                                               Attorney for Defendant

IT IS SO ORDERED.

Dated:   **January 6, 2017**                          **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES CHIEF DISTRICT JUDGE

Stipulation