HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAVIER LAMADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAVIER LAMADRID,<br><br>            Defendant. | Case No. 1:15-cr-00063 JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**<br><br>Date:   September 25, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the dispositional hearing set for August 21, 2023, may be continued to September 25, 2023 or the soonest date thereafter convenient.

Javier Lamadrid has admitted violating the conditions of his supervised release by possessing a firearm. The Dispositional Memorandum prepared by the Unites States Probation Office recommends a statutory maximum sentence based in part on allegations Lamadrid fired shots at four victims, two parked vehicle and a building. This is allegedly captured on video counsel has not seen. This continuance is requested to allow time for further defense investigation, including locating and viewing the video, drafting a sentencing memorandum and to accommodate counsel's upcoming leave schedule.

///

Because this matter is a revocation of supervised release no exclusion of time is required.

                              PHILLIP A. TALBERT
                              United States Attorney

DATED: August 15, 2023        By */s/ Stephanie Stockman*
                              STEPHANIE STOCKMAN
                              Assistant United States Attorney
                              Attorneys for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

DATED: August 15, 2023        By */s/ Eric V. Kersten*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JAVIER LAMADRID

## ORDER

The sentencing hearing scheduled for August 21, 2023 is continued to September 25, 2023.

IT IS SO ORDERED.

    Dated:   **August 15, 2023**
                                                      UNITED STATES DISTRICT JUDGE