HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAVIER LAMADRID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00063 JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| vs. | Date: October 30, 2023 |
| JAVIER LAMADRID, | Time: 10:30 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the dispositional hearing set for September 25, 2023 may be continued to October 30, 2023 or the soonest date thereafter convenient to the court.

Javier Lamadrid has admitted violating the conditions of his supervised release by possessing a firearm. The Dispositional Memorandum prepared by the Unites States Probation Office recommends a statutory maximum sentence based in part on allegations Lamadrid fired a handgun at four victims, two parked vehicle and a building. This is based on police reports stating the alleged conduct was captured on video. Defense counsel has since obtained the video and believes the referenced reports are inconsistent with the video. This continuance is requested to allow time for the defense to provide the video to provide the video to the government and the

///

1  United States Attorneys Office, and to allow the for the parties to prepare for sentencing after
2  viewing the video.
3     Because this matter is a revocation of supervised release no exclusion of time is required.

PHILLIP A. TALBERT
United States Attorney

DATED: September 20, 2023     By */s/ Stephanie Stockman*
STEPHANIE STOCKMAN
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 20, 2023     By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
JAVIER LAMADRID

**ORDER**

**IT IS SO ORDERED**. The sentencing hearing scheduled for September 25, 2023 is continued to October 30, 2023.

IT IS SO ORDERED.

Dated:   **September 20, 2023**

UNITED STATES DISTRICT JUDGE